# Exhibit 1

**District 1**

# Case Summary

**Case No. 2026L008101**

| | | | |
|---|---|---|---|
| **Crystal Sellman -vs- CORELLE BRANDS ACQUISITION HOLDINGS, INC. a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.,CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.,MIDEA AMERICA CORPORATION, FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.,MIDEA GROUP CO. LTD.** | § | Location: | **District 1** |
| | § | Judicial Officer: | **Calendar, Z** |
| | § | Filed on: | **07/09/2026** |
| | § | Cook County Attorney Number: | **56079** |
| | § | Cook County Attorney Number: | **40886** |

## Case Information

Case Type: Product Liabilty - Jury

Case Status: **07/09/2026 Pending**

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2026L008101 |
| Court | District 1 |
| Date Assigned | 07/09/2026 |
| Judicial Officer | Calendar, Z |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Sellman, Crystal** | **Cesarone, Frank Vincent** ***Retained*** 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **CORELLE BRANDS ACQUISITION HOLDINGS, INC. a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.** | |
| | **CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |
| | **MIDEA GROUP CO. LTD.** | |

## Events and Orders of the Court

09/22/2026
*Remanded from Federal Court*
Incoming Correspondence Filed
Party: Plaintiff Sellman, Crystal

09/08/2026
Strike From Case Management Call - Allowed (Judicial Officer: Saltouros, Stephanie D.)
Party:
Attorney Cesarone, Frank Vincent;
Defendant FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.;
Defendant CORELLE BRANDS ACQUISITION HOLDINGS, INC. a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.;
Defendant CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.;
Defendant GUANGDONG MIDEA CONSUMER ELECTRIC MANUFACTURING COMPANY, LTD.;
Defendant MIDEA AMERICA CORPORATION;
Defendant MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.;
Defendant MIDEA GROUP CO. LTD.;
Defendant ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.;
Plaintiff Sellman, Crystal

09/08/2026 **First Time Case Management** (9:45 AM) (Judicial Officer: Saltouros, Stephanie D.)
Resource: Location L2204 Court Room 2204
Resource: Location D1 Richard J Daley Center
**MINUTES - 09/08/2026**
Strike From Case Management Call - Allowed (Judicial Officer: Saltouros, Stephanie D.)
Party:
Attorney Cesarone, Frank Vincent;
Defendant FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.;
Defendant CORELLE BRANDS ACQUISITION HOLDINGS, INC. a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.;
Defendant CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.;
Defendant GUANGDONG MIDEA CONSUMER ELECTRIC MANUFACTURING COMPANY, LTD.;
Defendant MIDEA AMERICA CORPORATION;
Defendant MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.;
Defendant MIDEA GROUP CO. LTD.;
Defendant ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.;
Plaintiff Sellman, Crystal
Allowed;

09/04/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

09/04/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

09/03/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

09/03/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

## Case Summary

### Case No. 2026L008101

09/03/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

09/03/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

09/01/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

09/01/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/31/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/31/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/31/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/31/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/31/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/31/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/26/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/26/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/25/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/25/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

## Case Summary

**Case No. 2026L008101**

08/24/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/24/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/21/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/21/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/20/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/20/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/19/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/19/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/18/2026
*Verified Statement of Out-of-State Attorney Pursuant to Supreme Court Rule 707 - S. Hunt (Sellman)*
Notice Filed
Party: Plaintiff Sellman, Crystal

08/18/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/18/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/17/2026
*Affidavit of Service on defendant, Midea America Corporation*
Summons Served - Corporation/Company/Business
Party: Plaintiff Sellman, Crystal

08/17/2026
*Affidavit of Service on defendant, Corelle Brands Acquisition Holdings*
Summons Served - Corporation/Company/Business
Party: Plaintiff Sellman, Crystal

08/17/2026
*Notice of Filing Notice of Removal*
Notice Of Filing Filed
Party: Defendant MIDEA AMERICA CORPORATION

08/17/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/17/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/14/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/14/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/13/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/13/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/12/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/12/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/11/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/11/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/10/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/10/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/07/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

08/07/2026
Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

District 1

## Case Summary

**Case No. 2026L008101**

08/07/2026

Electronic Notice Sent
Party: Plaintiff Sellman, Crystal
Party 2: Attorney Cesarone, Frank Vincent

*1-50 of 60*